UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
DIAN BRATHWAITE,

                            Plaintiff,

       -against-

SYLVIA LEVY, THE ESTATE OF RACHEL MANN, and
LEON MANN, AS TRUSTEE OF THE RACHEL MANN
IRREVOCABLE TRUST,

                            Defendants.
-------------------------------------------------------------------------X

Civil Action No.
1:24-cv-04106

**ORDER**

       **WHEREAS**, on June 8, 2024, Plaintiff, through her counsel, initiated this action by the filing of a Complaint against defendants Sylvia Levy, The Estate of Rachel Mann, and Leon Mann, as Trustee of the Rachel Mann Irrevocable Trust (collectively, "Defendants") (Dkt. No. 1); and

       **WHEREAS**, on March 20, 2025, following a Court-annexed mediation, the parties submitted a proposed settlement agreement (the "Settlement Agreement") and joint motion seeking approval of the Settlement Agreement to the Court (Dkt. No. 22); and

       **WHEREAS**, on March 26, 2025, the Court issued an order granting the parties' joint motion for approval of the Settlement Agreement; and

       **WHEREAS**, on May 2, 2025, Plaintiff filed a letter motion requesting the entry of a judgment in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $61,223.70 based on Defendants' breach of the Settlement Agreement (Dkt. No. 26); and

       **WHEREAS**, pursuant to a Stipulation to Enter Judgment submitted by the parties on August 15, 2025 (Dkt. No. 28), Defendants acknowledged that Defendants failed to pay Plaintiff $61,223.70 that remains due and owing to Plaintiff under the Settlement Agreement and

stipulated and agreed to the entry of a judgment in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $61,223.70;

**IT IS HEREBY ORDERED**, after due deliberation and review of all submissions related to this matter, that Plaintiff's motion for the entry of judgment in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $61,223.70 shall be, and hereby is, GRANTED; and it is

**FURTHER ORDERED** that the Clerk of the Court is directed to enter judgment in favor of plaintiff Dian Brathwaite and against defendants Sylvia Levy, The Estate of Rachel Mann, and Leon Mann, as Trustee of the Rachel Mann Irrevocable Trust, jointly and severally, in the amount of $61,223.70, and to mark this case as closed.

SO ORDERED

Dated: _____August 15\_\_, 2025
        Brooklyn, New York

                                      _Taryn A. Merkl_
                                       TARYN A. MERKL
                                       United States Magistrate Judge