UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DIAN BRATHWAITE,

                Plaintiff,

    v.

SYLVIA LEVY, THE ESTATE OF RACHEL
MANN, and LEON MANN, AS TRUSTEE OF
THE RACHEL MANN IRREVOCABLE TRUST,

                Defendants.
---------------------------------------------------------------X

JUDGMENT
24-cv-04106 (TAM)

      An Order of the Honorable Taryn A. Merkl, United States Magistrate Judge, having been filed on August 15, 2025, granting Plaintiff's motion for the entry of judgment in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $61,223.70; and directing the Clerk of Court to enter judgment in favor of plaintiff Dian Brathwaite and against defendants Sylvia Levy, The Estate of Rachel Mann, and Leon Mann, as Trustee of the Rachel Mann Irrevocable Trust, jointly and severally, in the amount of $61,223.70, and to mark this case as closed.; it is

      ORDERED and ADJUDGED that judgment is hereby entered in favor of plaintiff Dian Brathwaite and against defendants Sylvia Levy, The Estate of Rachel Mann, and Leon Mann, as Trustee of the Rachel Mann Irrevocable Trust, jointly and severally, in the amount of $61,223.70.

Dated: Brooklyn, New York
       August 18, 2025

                            Brenna B. Mahoney
                            Clerk of Court

                  By:  */s/Jalitza Poveda*
                          Deputy Clerk